E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MOHAVE GC, LLC; CORRAL FIVE, LLC, d/b/a GOLDEN CORRAL; CORRAL FOUR, LLC, d/b/a GOLDEN CORRAL; CORRAL THREE, LLC, d/b/a GOLDEN CORRAL; CORRAL ONE, LLC, d/b/a GOLDEN CORRAL, <br><br>         Plaintiffs <br> v. <br><br> DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br>         Defendants. | Case No. _____ <br><br><br><br><br><br> **PETITION AND JURY DEMAND** |

COME NOW the Plaintiffs, and for their Petition at Law and Jury Demand state as follows:

### PARTIES AND JURISDICTION

1.     This Petition is for a civil action in which Plaintiffs seek declaratory relief regarding the coverage provided under Plaintiffs' insurance policies and seek to recover damages for breach of contract and bad faith caused by the Defendants' denial of business interruption insurance claims.

2.     Plaintiff, Corral One, LLC, d/b/a Golden Corral, is a California limited liability company located at 2050 Diamond Blvd., Concord, California.

3.     At all material times hereto Plaintiff, Corral One, LLC was insured by Nationwide Mutual Insurance Company, Policy No. ACP CPP 3019082773. A copy of the cover page of the policy for Corral One is attached hereto as Exhibit A.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

4.      Plaintiff, Corral Three, LLC, d/b/a Golden Corral, is an Illinois limited liability company located at 1591 South Randall Rd., Algonquin, Illinois.

5.       At all material times hereto, Plaintiff, Corral Three, LLC was insured by Allied Insurance Company of America, Policy No. ACP BPFL3028304861.  A copy of the cover page of the policy for Corral Three is attached hereto as Exhibit B.

6.      Plaintiff, Corral Four, LLC, d/b/a Golden Corral, is a Kansas limited liability company located at 13440 S. Blackbob Rd., Olathe, Kansas.

7.      At all material times hereto Plaintiff, Corral Four, LLC was insured by Depositors Insurance Company, Policy No. ACP BPFD 3028582869.  A copy of the cover page of the policy for Corral Four is attached hereto as Exhibit C.

8.      Plaintiff, Corral Five, LLC, d/b/a Golden Corral, is an Arizona limited liability company located at 590 E. 16th Street, Yuma, Arizona.

9.      At all material times hereto Plaintiff, Corral Five, LLC was insured by Allied Insurance Company of America, Policy Po. ACP BPFL 3028582916.  A copy of the cover page of the policy for Corral Five is attached hereto as Exhibit D.

10.      Plaintiff, Mohave GC, LLC, d/b/a Golden Corral, is an Arizona limited liability company located at 3580 N. Stockton Hill Rd., Kingman, Arizona.

11.      At all material times hereto Plaintiff, Mohave GC, LLC was insured by Allied Insurance Company of America, Policy No. ACP BPFL 3038007165.  A copy of the cover page of the policy for Mohave GC, LLC is attached hereto as Exhibit E.

12.      Upon information and belief, each of the insurance companies who have issued the policy coverages at issue in this matter are located and authorized to transact business in Des

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

Moines, Polk County, Iowa.  Each Defendant insurance company represents their address to be 1100 Locust Street, Dept. 1100, Des Moines, IA  50391-2000.  See Exhibits A, B, C, D and E.

13.     Upon information and belief, each of the Defendants are companies authorized to sell property/casualty insurance in Iowa, to include business owner coverages, under the Nationwide umbrella

14.     Each Defendant is a subsidiary company collectively owned by Nationwide Mutual Insurance Company or Nationwide Corp. GRP.

15.     Each of the insurance policies issued to Plaintiffs are identical in form, provisions, and are policies based upon copyrighted material of Insurance Services Offices, Inc. which have been utilized by each Defendant with the permission of Insurance Services Offices, Inc.

16.     There is a commonality of facts of each Plaintiff's claims, in addition to a commonality of Defendants who were doing business in Iowa and issuing identical insurance policies to Plaintiffs.

17.     Likewise, each of the LLCs are owned by Limited Liability Investors that include Julio Hossein, Hamideh Manshadi, Rey Vasquez, and Sean Kelly.

18.     Defendants are properly joined together in this action and in this venue as Depositors Insurance Company is domiciled in Iowa, they sold identical policies, and conducted their operations, including review and declination of coverage, out of Polk County, Iowa.

19.     That pursuant to Iowa Code § 617.3, foreign corporations contracting with residents of Iowa such as issuing insurance policies are deemed as doing business in Iowa.

20.     The damages giving rise to this Petition are sufficient to meet the jurisdictional requirements for the amount in controversy.

21.     Jurisdiction is conferred upon this Court, pursuant to Iowa Code §602.6101.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

22.     Venue is conferred pursuant to Iowa Code §616.18.

**DEFENDANTS' BUSINESSOWNERS SPECIAL PROPERTY COVERAGE**

23.     In order to protect the businesses from the devastating consequences of suspending their operations, Plaintiffs each purchased the policies described herein, which include business interruption and loss of income coverage.

24.     Each of the policies in question are Businessowners Special Property Coverage forms providing for coverage that would pay for direct physical loss of or damage to the premises described in the Declarations.

25.     The policies are "all-risk" policies in which covered causes of loss include direct physical loss unless otherwise excluded or limited by the policies.

26.     The policies further provide that Defendants will pay for the actual loss of business income sustained due to the necessary suspension of operations during the period of restoration. The suspension must be caused by "direct physical loss of or damage to the covered property at the described premises."

27.     The provisions and exclusions in the policies are not the product of discussions or negotiations between Defendants and the Plaintiffs.  Rather, the provisions in the all-risk policy consist of standardized language and terms that have been developed by the insurance industry through its trade association, the ISO, and are used industry and nationwide.

28.     The policies do not define the phrase "direct physical loss of or damage to….", nor do they define "direct", "physical", "loss", or "damage" individually.

29.     The use of the disjunctive "or" in the phrase "direct physical loss of or damage to" means that coverage is triggered if either a physical loss of property **or** damage to property occurs.

**Defendants' Notice of Removal - Exhibit A**

30.     The Policies' use of the disjunctive "or" between the terms "physical loss" and "damage" necessarily means that either a "loss" or "damage" is required, and that "loss" is distinct from "damage."

31.     The Policies do not state or otherwise define "loss" to require an actual alteration of property.

32.     The Defendants knowingly used a disjunctive phrase in defining covered losses, causing a significant ambiguity in the policies due to their own failure to follow basic grammar and semantic principles of the English language.

## GOVERNMENT MANDATED CLOSURE OF PLAINTIFFS' RESTAURANTS

33.     Golden Corral considers itself "America's #1 All You Can Eat Buffet" and is known for its endless offerings for breakfast, lunch, and dinner, featuring home-style menus and a family-friendly dining experience.

34.     By way of example, prior to March 2020, Corral Three's location was filled with guests strolling through one of their three food bars—filling up on salad at one, sirloin steaks at another, and rolls and sweets at the third. At Golden Corral, guests could choose from hundreds of different hot entrees, sides, soups, pizzas, and desserts.

35.     Prior to March 2020, Corral Three's location alone could hold approximately 400 guests who could sit at one of the restaurant's many tables and go to the buffet lines for as many helpings as they wanted, whenever they wanted.

36.     In March 2020, between March 16 and March 19, the Governors of California, Arizona, Illinois, and Kansas each entered Proclamations and Orders mandating the closure of dine-in restaurants, thereby resulting in the necessary suspension of Plaintiffs' operations and a substantial loss of business income.

**Defendants' Notice of Removal - Exhibit A**

37.    Likewise, county and local officials within the counties and cities in which Plaintiffs operate their business issued executive orders restricting operations.

38.    As a direct result of the Governors' Proclamations and Orders entered in each state, the Plaintiffs' restaurants at each location were rendered physically nonfunctional as restaurants and buffets.

39.    In mid-March 2020, with their dining room and buffet spaces rendered physically nonfunctional for their intended purpose, the Plaintiffs closed their operations and then opened their restaurants for the limited function of providing takeout and delivery service shortly thereafter.

40.    Even as the restaurants began to reopen for on-premises dining, the restrictive Reopening Orders left the restaurants physically impaired and required them to make many detrimental physical alterations to their premises.

41.    The Shutdown and restrictive Reopening Orders' spatial restrictions required restaurants to, among other things, physically separate tables, rearrange and remove furniture and equipment, and erect new physical structures.

42.    For example, many restaurants installed stanchion barriers around buffets to restrict access, eliminated self-serve soft-serve ice cream stations, and removed hundreds of chairs and tables from service, either by placing chairs upside down on tables or stacking them in a former event space rendered nonfunctional for their intended purpose by the restrictive Reopening Orders.

43.    The restaurants also installed plexiglass barriers at their locations in front of cashier stations at the front of the restaurants.

44.    Some locations were forced to switch to a "cafeteria style" service where guests were no longer able to serve themselves at the buffet, while others moved to "family style" table

**Defendants' Notice of Removal - Exhibit A**

service, eliminating the buffet experience altogether and fundamentally changing the Golden Corral dining experience.

45.     As a result of the Orders and Proclamations, including restrictive Reopening Orders, the restaurants, which previously fit hundreds of customers each, were forced to make physical changes that drastically reduced their occupancy to as low as twenty five percent of their previous capacity.

## PLAINTIFFS' CLAIMS FOR INSURANCE BENEFITS

46.     Plaintiffs were forced to suspend or reduce business by the Governors in each state mandating the closure of businesses like that of the Plaintiffs for on-site services, as well as an order to take necessary steps to prevent further damage and minimize the suspension of business and continue operations.

47.     The Governors' Proclamations and Orders did cause and continued to cause the ongoing necessary suspension of Plaintiffs' operations, which in turn has caused Plaintiffs to sustain significant losses to its business income.

48.     Each of the Plaintiffs lost the physical use of their property for its intended purposes resulting in damages.

49.     As a result, Plaintiffs have incurred a net loss of business income, plus additional expenses, which are ongoing.

50.     Plaintiffs submitted claims to Defendants for loss of business income under their businessowners' policies as a result of the Governors' Orders closing all restaurants and food and beverage businesses in the states in which Plaintiffs operate.

51.     Plaintiffs received letters denying the claims for business income loss based upon the review of the policies.  The denial-of-coverage letters are attached hereto as Exhibits F, G, H,

7

**Defendants' Notice of Removal - Exhibit A**

I, and J.  The letters are identical, even though authored by two different people, each of whom provided a Des Moines-based phone number (515-508-2198) where they could be contacted.

52.     Defendants' denial of coverage is based upon their own self-interest by interpreting an ambiguity they created in the policies.  The Defendants did not consider the interest of their insured.

53.     The purported reason for the denial of coverage as set forth in the declination letters was that the business income loss must be caused by direct physical damage to the premises, the Civil Authority provision of the policies was not applicable, and the suspension of business was not caused by direct physical loss of or damage to property.

54.     An additional purported reason for denial of coverage was that an "Ordinance or Law" exclusion precluded coverage.

55.     No one on behalf of the Defendants spoke to any of the Plaintiffs' owners at any time prior to declining coverage as a part of any investigation.

56.     Plaintiffs have no knowledge of any of the insured facilities being infected with the coronavirus or any other virus, nor are they aware of any employee or customer having contracted the coronavirus or any other virus at their facilities at any time prior to the Governors' Proclamations and Orders or subsequent to the Governors' Proclamations and Orders.

57.     Likewise, the policies do not contain an exclusion for Covered Cause of Loss caused by a pandemic.

<u>**COUNT I**</u>
<u>**DECLARATORY JUDGMENT AGAINST DEPOSITORS INSURANCE COMPANY,**</u>
<u>**ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE**</u>
<u>**COMPANY PURSUANT TO IOWA RULE OF CIVIL PROCEDURE 1.1101**</u>

58.     Plaintiffs re-allege the above paragraphs 1 through 57 as if fully set forth herein.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

59.     Plaintiffs claim damages that are covered under the business interruption and loss of income policies issued to Plaintiffs by the Defendants.

60.     Defendants have denied coverage under each of the policies that had been issued.

61.     Plaintiffs had reasonable expectations that the loss of business income and additional expenses incurred under these circumstances would be covered by the policies sold to Plaintiffs by an agent of Defendants.

62.     An actual justiciable controversy exists between the Plaintiffs and Defendants with regard to whether losses claimed by Plaintiffs are covered under the policies that have been issued to Plaintiffs by Defendants.

63.     Likewise, the Defendants' denial erroneously concludes that the Plaintiffs did not sustain a direct physical loss of the Plaintiffs' properties.

64.     The term "loss of" is not defined in the policies, and by its inclusion and the use of the word "or," the policies necessarily entail a different definition than the term "damage." Otherwise, the policies would not distinguish the two terms or utilize the term "or."

65.     Defendants did not explain in the policies the difference between physical loss of or damage as stated in the policies, nor are the terms defined in the policies.  Plaintiffs at all times had the reasonable expectations the losses would be covered.

66.     The closure of each Plaintiff's facilities is a direct physical loss, including physical loss of access, customers, use, and utilization for their intended purposes and is not due to the presence of Coronavirus/Covid-19 in Plaintiffs' facilities.

67.     Nowhere in any of the policies does it state that there must be a physical alteration of the properties for there to be a loss of use or that loss of use is excluded.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

68.     Although the policies do not *require* "actual alteration" of the property, as a matter of fact these restaurants were physically altered as a result of the executive orders.  For example, they were required to put up physical barriers, block off space, and prevent access to parts of the physical space.

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in its favor and against the Defendants, including the relief of:

a.     Entering a Declaratory Judgment acknowledging the rights of the Plaintiffs and obligation of the Defendants under the policies and declaring that the losses claimed by Plaintiffs are covered by the policies, and;

b.     Order payment of loss of income and additional costs as substantiated by the Plaintiffs, and for such other and further relief as the Court deems proper, including costs and attorney fees.

### COUNT II
### BREACH OF CONTRACT

69. Plaintiffs re-allege paragraphs 1 through 68 as fully set forth herein.

70. The necessary suspension of each Plaintiff's operations was due to the Governors' Proclamations and Orders requiring the closure of all restaurants, bars, and food and beverage businesses throughout the states in which they operate.

71. As a result of the Governors' Proclamations and Orders, Plaintiffs have sustained and continue to sustain direct physical loss of their properties as required by the policies, including physical loss of access, use, and utilization for their intended purposes.

72. Each Plaintiff attempted to mitigate their damages by partially opening on a limited 50 percent capacity but have not had any substantial revenue that would reduce the damages being suffered by Plaintiffs and have in fact incurred additional losses.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

73. The necessary suspension of each Plaintiff's facilities under these circumstances is a covered loss under the policies that are otherwise not excluded.

74. As a result of these covered losses, Plaintiffs have sustained and continue to sustain significant financial loss of income and additional expenses on a monthly basis that are covered under the policies.

75. Each Plaintiff provided timely notice to the Defendants and have otherwise complied with all conditions precedent to the coverage under the policies.

76. Defendants have wrongfully denied coverage of Plaintiffs' claims.

77. Defendants failed to investigate in any manner the claims of the Plaintiffs and have not determined that there was any coronavirus or any other type of virus in the Plaintiffs' facilities, nor was there any employee or customer infected with the coronavirus, or any other virus, at the Plaintiffs' facilities.

78. Defendants have failed to fairly and properly interpret the policies and compensate the Plaintiffs for the losses provided for under the policies. As a result, Defendants have breached their obligations under the provisions of the policies, knowing that ambiguities the Defendants created should result in coverage for the insureds.

79. Defendants failed to acknowledge that the Plaintiffs not only lost the use of their properties, but had Plaintiffs not complied with the Governors' Proclamations and Orders, the Plaintiffs would be subject to loss of their licenses to operate and prosecution for violating the law, with criminal penalties being imposed.

80. As a direct and proximate result of the Defendants' breach of its contractual obligations under the policies issued, the Plaintiffs have been damaged in an amount in excess of the

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

jurisdictional amount in net income plus additional expenses and will continue to incur significant losses until allowed to be completely opened by law, exclusive of interest, costs and attorney fees.

WHEREFORE, the Plaintiffs respectfully request that the Court enter judgment in favor of the Plaintiffs and against the Defendants, including the following relief:

a.   An award to the Plaintiffs and against the Defendants for the loss of income and extra expenses substantiated by the Plaintiffs, and for all other covered damages, and;

b.   Such other and further relief as the Court deems proper, including costs and reasonable attorney fees for having to pursue this matter.

### COUNT III
### CONDUCT OF BAD FAITH

81. Plaintiffs re-allege paragraphs 1 through 80 as if fully set forth herein.

82. Defendants have a contractual obligation to fully and completely investigate a claim of an insured for policies which they have written and for which they have received commissions.

83. Plaintiffs promptly paid all premiums required to effectuate the policies of the Plaintiffs for business loss of income under the policies.

84. Defendants denied coverage for Plaintiffs' claim based on a virus exclusion contained in the policies.

85. Defendants failed to make any investigation of the claims and did not inquire if the facilities that were insured had any evidence of infestation of the coronavirus or any other virus at any time, or if any employee or customer had become infected with the coronavirus or other virus at any time.

86.   There was a failure to investigate Plaintiffs' claims in any manner in good faith.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

87. The Defendants utilized a "cookie-cutter" approach of declining coverage, as clearly evidenced by the attached declination-of-coverage letters, and did not perform an independent, objective investigation of each claim.

88. The Defendants have acted in bad faith in denying Plaintiffs' claims.

89. As a direct and proximate result of Defendants' bad faith in failing to investigate Plaintiffs' claims, Plaintiffs have been damaged.  The amount is in excess of the jurisdictional amount, plus additional expenses, and that Plaintiffs will continue to lose significant income until allowed to be completely opened by law, exclusive of costs and attorney fees.

90. This litigation by Plaintiffs, and all other similarly situated business owners issued policies by the Defendants, has been caused by the Defendants' bad faith in knowingly drafting ambiguous policies and then applying a self-interested interpretation of the policies to deny coverage after Plaintiffs and other similarly situated business owners have paid premiums in good faith and have been in total compliance with all the requirements of the policies.

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in favor of the Plaintiffs and against the Defendants, including the following relief:

a.   An award to the Plaintiffs against the Defendants for the loss of income substantiated by Plaintiffs, plus additional expenses, plus pre-judgment interest, and;

b.   The award of punitive damages as a result of the Defendants acting in bad faith, and for such other relief as the Court deems proper, including costs and reasonable attorney fees.

## **JURY DEMAND**

The Plaintiffs hereby make a demand for trial by jury on all issues so triable.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

Respectfully submitted,

CARNEY & APPLEBY, P.L.C.

*/s/ James W. Carney*
JAMES W. CARNEY (AT0001327)

*/s/ Nicholas J. Mauro*
NICHOLAS J. MAURO (AT0005007)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone:  515-282-6803
Facsimile:  515-282-4700
E-mail:  carney@carneyappleby.com
E-mail:  mauro@carneyappleby.com
**ATTORNEYS FOR PLAINTIFFS**

14

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT



**Nationwide®**
is on your side

## ALLIED COM-PAK SUMMARY
### PRINTED  01/16/2020

**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

| | | | |
|---|---|---|---|
| Number: | **ACP    3019082773** | Effective from 01/21/2020 | to 01/21/2021 |

Named Insured:   **CORRAL ONE LLC**

**DBA GOLDEN CORRAL**

Mailing Address:   **2050 DIAMOND BLVD**

**CONCORD, CA 94520-5702**

| Agency Name: | **THE CLEMENTS AGENCY LLC** | 02   24206-003 | 46 |
|---|---|---|---|
| Agency Address: | **TUCSON AZ 85711-4044** | | |
| Producer: | **JAMES MITCHELL CLEMENTS** | **(520)624-3456** | |

| Division | Program | Total Premium |
|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY (NATIONWIDE) | $18,587.00 |
| B | COMMERCIAL PROPERTY (NATIONWIDE) | $3,885.00 |
| C | COMMERCIAL UMBRELLA LIABILITY (AMCO) | $3,896.00 |

**Not a bill. Your bill is sent separately.**
**AI**

Estimated Total Premium:          $      **26,368.00**

This Com-Pak  is a portfolio of individual policies which serves to combine
various insurance coverages written under a group of separate contracts
of insurance.

**PAKSUM 01 08**

| EKH269 | L588 | 2020015 | INSURED COPY | ACP   3019082773 | 46   0012725 |
|---|---|---|---|---|---|

## Defendants' Notice of Removal - Exhibit A

Ex
. B

**Nationwide®**
is on your side

ALLIED INSURANCE CO OF AMERICA                           26   24158
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000              RENEWAL

# PREMIER BUSINESSOWNERS POLICY

### PREMIER FOOD SERVICE

### COMMON DECLARATIONS

**Policy Number:** ACP  BPFL  3028304861

**Named Insured:** CORRAL THREE, LLC - DBA
GOLDEN CORRAL

**Mailing Address:** 1591 S RANDALL RD
ALGONQUIN, IL   60102-5933

**Agency:** MCCASHLAND KIRBY INS AGNCY INC

**Address:** LINCOLN NE   68505-3092

**Agency Phone Number:** (402)466-2800

**Policy Period:** Effective From 06-06-19   To 06-06-20
12:01 AM Standard Time at your principal place of business.

**Form of your business entity:** LIMITED LIABILITY CO

**Description of your business:** BUFFET STYLE RESTAURANT

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept,
this policy will automatically terminate on the expiration date of the current policy period stated above. Failure to
pay the required premium when due shall mean that you have not accepted our offer to continue your coverage.
This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:** In an effort to keep insurance premiums as low as possible, we have streamlined
your renewal policy by not including printed copies of policy forms or endorsements that have not changed from
your expiring policies, unless they include variable information that is unique to you. Refer to your prior policies for
printed copies of these forms. If you have a need for any form, they are available by request from your agent.

**TOTAL POLICY PREMIUM $    13,134.00**

| Previous Policy Number | | |
|---|---|---|
| ACP   BPFL   3018304861 | ENTRY DATE        04-23-19 | Countersignature                Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

**PB 81 00 (01-01)**                                    **Page 1 of 2**

DIRECT BILL    LOPY         SIB       INSURED COPY        UID   06   REPRINT   43  19338

**Defendants' Notice of Removal - Exhibit A**

Ex C.

# PREMIER BUSINESSOWNERS POLICY

### PREMIER FOOD SERVICE
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  **ACP BPFD3028582869** | Policy Period:<br>From **12-21-19** To **12-21-20** |

Description of Premises Number: **001**    Building Number: **001**    Construction: **FRAME**
Premises Address  **13440 S BLACKBOB RD**                      **OLATHE**          **KS**          **66062-1503**
Premises ID  **LOC**
Occupancy  **OO**    Classification: **CAFETERIA - BUFFET STYLE - NO BAR**

Described as:  **BUFFET RESTAURANT**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$ 1,000** Deductible, unless otherwise stated.

| COVERAGES | | LIMITS OF INSURANCE |
|---|---|---|
| Building - Replacement cost | | **$1,591,400** |
| Business Personal Property - Replacement cost | | **$529,500** |
| **ADDITIONAL COVERAGES - the Coverage Form includes other Additional Coverages not shown.** | | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | | **INCLUDED** |
| Equipment Breakdown | | **INCLUDED** |
| Automatic Increase in Insurance - Building | | **1%** |
| Automatic Increase in Insurance - Business Personal Property | | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | **INCLUDED** |
| Increased Cost of Construction | | **$25,000** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

| OPTIONAL COVERAGES - Other frequently purchased coverage options. | | |
|---|---|---|
| Employee Dishonesty | | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | | **NOT PROVIDED** |
| Ordinance or Law Broadened | | **NOT PROVIDED** |
| Food Service PLUS Endorsement (PB2002) | | **INCLUDED** |
| Spoilage From Power Outage - $500 Deductible | | **$10,000** |
| ADVANTAGE with Limited Employee Dishonesty Coverage - Blanket Additonal Limit | | **$100,000** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **P-1; P-8;**

| PB 81 01 (04-11) | **DEPOSITORS INSURANCE COMPANY** | Page 1 of 2 |
|---|---|---|

| DIRECT BILL | LUAZ | ARM | INSURED COPY | UID | 06 | REPRINT | 43 | 10045 |
|---|---|---|---|---|---|---|---|---|

## Defendants' Notice of Removal - Exhibit A

Ex
. D

**Nationwide®**
is on your side

ALLIED INSURANCE CO OF AMERICA        26  24158
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000              RENEWAL

# PREMIER BUSINESSOWNERS POLICY

### PREMIER FOOD SERVICE

### COMMON DECLARATIONS

Policy Number:  ACP   BPFL   3028582916

Named Insured:  CORRAL FIVE, LLC - DBA
GOLDEN CORRAL
Mailing Address:  590 E 16TH ST
YUMA, AZ   85365-2028
Agency:  MCCASHLAND KIRBY INS AGNCY INC
Address:  LINCOLN NE   68505-3092
Agency Phone Number:  (402)466-2800

Policy Period:  Effective From 12-21-19     To 12-21-20
12:01 AM Standard Time at your principal place of business.

Form of your business entity:  LIMITED LIABILITY CO

Description of your business:  GOLDEN CORAL RESTAURANT

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:**  If we offer to continue your coverage and you or your representative do not accept,
this policy will automatically terminate on the expiration date of the current policy period stated above.  Failure to
pay the required premium when due shall mean that you have not accepted our offer to continue your coverage.
This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:**  In an effort to keep insurance premiums as low as possible, we have streamlined
your renewal policy by not including printed copies of policy forms or endorsements that have not changed from
your expiring policies, unless they include variable information that is unique to you.  Refer to your prior policies for
printed copies of these forms.  If you have a need for any form, they are available by request from your agent.

TOTAL POLICY PREMIUM $      11,471.00

| Previous Policy Number | | | |
|---|---|---|---|
| ACP   BPFL  3018582916 | ENTRY DATE   10-14-19 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

**PB 81 00 (01-01)**                                      Page 1 of 2

DIRECT BILL    LUAZ        AML      INSURED COPY        UID    06    REPRINT   43  10228

**Defendants' Notice of Removal - Exhibit A**

Ex.
.E.

# PREMIER BUSINESSOWNERS POLICY

### PREMIER FOOD SERVICE
### PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number: **ACP BPFL3038007165** | Policy Period:<br>From **12-21-19** To **12-21-20** |

Description of Premises Number: **001**  Building Number: **001**  Construction: **FRAME**
Premises Address **3580 N STOCKTON HILL RD**  **KINGMAN**  **AZ**  **86409-3005**
Premises ID
Occupancy **OO**  Classification: **CAFETERIA - BUFFET STYLE - NO BAR**

Described as: **CAFETERIA - BUFFET STYLE (44162)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$ 1,000** Deductible, unless otherwise stated.

| COVERAGES | | LIMITS OF INSURANCE |
|---|---|---|
| Building - Replacement cost | | **$1,476,500** |
| Business Personal Property - Replacement cost | | **$544,900** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | | |
|---|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | | **INCLUDED** |
| Equipment Breakdown | | **INCLUDED** |
| Automatic Increase in Insurance - Building | | **1%** |
| Automatic Increase in Insurance - Business Personal Property | | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | **INCLUDED** |
| Increased Cost of Construction | | **$25,000** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **NOT PROVIDED** |
| Ordinance or Law Broadened | **NOT PROVIDED** |
| Food Service PLUS Endorsement (PB2002) | **INCLUDED** |
| Spoilage From Power Outage - $500 Deductible | **$10,000** |
| ADVANTAGE with Limited Employee Dishonesty Coverage - Blanket Additonal Limit | **$100,000** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **P-2; P-8; P-7;**

| | | | |
|---|---|---|---|
| PB 81 01 (04-11) | **ALLIED INSURANCE COMPANY OF AMERICA** | | Page 1 of 2 |

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

Ex. F.

 **Nationwide®**

**CORRAL ONE LLC DBA GOLDEN CORRAL**
Page 1 of 11

| | |
|---|---|
| Date prepared | April 7, 2020 |
| Claim number | 394847-GK |
| Policy number | ACP CPP 3019082773 |
| Questions? | Contact Claims Associate |
| | Ernada Tabakovic |
| | TABAKE1@nationwide.com |
| | Phone 515-508-2198 |
| | Fax 855-210-6111 |

CORRAL ONE LLC DBA GOLDEN CORRAL
2050 DIAMOND BLVD
CONCORD, CA  94520-5702

## Claim details

| | |
|---|---|
| Insurer: | Nationwide Mutual Insurance Company |
| Policyholder: | CORRAL ONE LLC DBA GOLDEN CORRAL |
| Claim number: | 394847-GK |
| Loss date: | April 5, 2020 |

Dear Sean Kelley,

We completed our investigation of this business income and food spoilage loss that occurred on April 5, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Nationwide Mutual Insurance Company's opinion is this loss was caused by the mandatory closing of your business as directed by the government in response to the Coronavirus (Covid-19) outbreak. We must respectfully advise you that your policy number ACP CPP 3019082773 does not provide coverage for this loss.

## About our decision

Our investigation indicates your business located at 2050 Diamond Blvd in Concord, CA was forced to close by governmental action, due to the recent outbreak of the coronavirus (COVID-19). Because of the business closure you filed a claim in a loss resulting from business income and food spoilage

Your Building and Personal Property Coverage form CP0010 1012 and Causes of Loss – Special Form CP1030 1012 provide coverage in the event of direct physical loss or damage to covered property at the described premises, caused by or resulting from a covered cause of loss. As a result of goverment mandate and the suggested direction for people to stay at home, there was no direct physical loss or damage to covered property at the described premises; any business interruption resulting from the voluntary business did not occur as a result of a covered cause of loss and there was no physical damage that caused the loss of income.

Coverage for loss of Business Income is provided under the Business Income (And Extra Expense) Coverage Form CP0030 (10/12). However, this endorsement states that we will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations. The suspension of the business operations was not a result of direct physical loss or damage to property at the described premises and did not occur as a result of a covered cause of loss.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
**Claim #** 394847-GK
Page **2** of 11

Civil Authority provides Business Income under the Business Income (And Extra Expense) Coverage Form CP0030 (10/12) Endorsement. Coverage is provided when the action of civil authority prohibits access to the described premises.  The action of civil authority must be taken in response to damage to property within 1 mile of the described premises, from a Covered Cause of Loss.  The action of civil authority must also be taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. To date, there has been no action of civil authority prohibiting access to your premises. There has been no damage to property within 1 mile of your premises from a Covered Cause of Loss.

In addition, your policy includes California - Civil Authority Changes(s) Form CP1540 (06/07). This endorsement changes the damage radius set under the Business Income (And Extra Expense) Coverage by increasing it to 3 miles. It does not remove the requirements for physical damage from a covered loss and that access has been prohibited. As previously noted, access to the premise has not been impacted and there is no physical damage within 3 miles that caused the loss of income.

In addition your policy includes additional business income as well as spoilage of perishable goods under the Restaurant Platinum Protection Plus Endorsement. This limited business income additional coverage applies for suspension due to on premise physical damage from a covered cause of loss. As previously advised, there was no damage from a covered cause of loss to these locations and as such, this coverage does not apply. The spoilage of perishable goods additional coverage provides coverage when there is a change in temperature or humidity. Since this spoilage was due to the expiration of the perishables and not a change in temperature nor humidity, there is no coverage applicable for these goods.

Additionally, your policy contains an exclusionary endorsement - Loss Due to Virus or Bacteria Endorsement CP0140 0706. This endorsement specifically indicates that we will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. As indicated in the preceding paragraphs, the suspension of your business operations was not as a result of a covered cause or loss.

With the facts gathered, the suspension of operations did not occur at the described premises or at a dependent property as a result of direct physical loss or damage caused by or resulting from a covered cause of loss; therefore, we are unable to extend coverage for this loss.

## Policy details
Your Commercial Property policy states the following:

The following policy language is provided for your review:

A. Coverage
     We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

     3. Covered Causes Of Loss
     See applicable Causes Of Loss form as shown in the Declarations.
     The policy includes the Causes of Loss - Special Form (CP1030 10/12) and the following applies:

A. Covered Causes Of Loss

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
Claim # 394847-GK
Page **3** of 11

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contribute.

2. We will not pay for loss or damage caused by or resulting from any of the following:
   b. Delay, loss of use or loss of market.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

4. Special Exclusions
   The following provisions apply only to the specified Coverage Forms:
      a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form
   We will not pay for:
      (1) Any loss caused by or resulting from:
         (a) Damage or destruction of "finished stock"; or
         (b) The time required to reproduce "finished stock".
         This exclusion does not apply to Extra Expense.
      (2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.
      (3) Any increase of loss caused by or resulting from:
         (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other     persons; or
         (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.
      (4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

The policy also includes the Business Income (And Extra Expense) Coverage Form CP0030 (10/12) and the following applies:

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
Claim # 394847-GK
Page **4** of 11

A. Coverage

  1. Business Income

    Business Income means the:

      a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

      b. Continuing normal operating expenses incurred, including payroll. For manufacturing risks, Net Income includes the net sales value of production. Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

        (1) Business Income Including "Rental Value".

        (2) Business Income Other Than "Rental Value".

        (3) "Rental Value".

    If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only. If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each. We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises. With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

      (a) The portion of the building which you rent, lease or occupy;

      (b) The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

      (c) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

  2. Extra Expense

      a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

      b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss. We will pay Extra Expense (other than the expense to repair or replace property) to:

      (1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

      (2) Minimize the "suspension" of business if you cannot continue "operations".

  5. Additional Coverages

      a. Civil Authority

    In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations. When a Covered Cause of Loss

causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

    (1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

    (2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began. Civil Authority Coverage for Extra Expense

will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

    (1) Four consecutive weeks after the date of that action; or

    (2) When your Civil Authority Coverage for Business Income ends; whichever is later.

The Policy also includes the Commercial Property Platinum Protection Plus Endorsement (CP7133 04/16) and the following applies:

4. Under Section A. Coverage, 4. Additional Coverages the following Additional Coverages are added:

    d. Business Income and Extra Expense from Dependent Properties

        We will pay the actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the "dependent property" "period of restoration". The "suspension" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from any Covered Cause of Loss.

        1) We will reduce the amount of your "business income" loss, other than "extra expense"; to the extent you can resume "operations" in whole or in part by using any other available:

            a) Source of materials; or

            b) Outlet for your products.

        2) The most we will pay under this additional coverage is $50,000 for loss you sustain from loss of or damage to "dependent property" at any one "dependent property" location. The amount payable under this Additional Coverage is additional insurance. This Additional Coverage does not apply to "dependent properties" for which you have more specific insurance either under this policy or another.

    o. Food Contamination

        1) If your business at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery or suspicion of food contamination, we will pay the following:

            a) Extra expenses, meaning:

                (1) Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

                (2) Your expense to replace food which is, or is suspected to be,

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
Claim # 394847-GK
Page **6** of 11

contaminated; and

(3) Your expense to provide necessary medical tests or vaccinations for your infected "employees".

However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy.

b) The actual loss of "Business Income" you sustain due to the necessary "suspension" of your "operations".

The coverage for "Business Income" will begin 24 hours after you receive notice of closing from the Board of Health, or any other governmental authority.

c) Additional advertising expenses you incur to restore your reputation.

d) Reimbursement of your reasonable expenses incurred for  inoculation of your restaurant patrons by a licensed medical professional because of "food contamination" alleged by such patrons to have been transmitted or caused by ingestion of your food. HOWEVER, this coverage does not apply to you, your employees or, unless they are an affected patron, members of either's household.

2) Food contamination means an incidence of food poisoning to one of your patrons as a result of:

a) Tainted food you purchased;

b) Food which has been improperly stored, handled or prepared; or

c) A communicable disease transmitted through one or more of your employees".

3) The most we will pay under this Additional Coverage for loss in any one occurrence is:

a) $100,000 for extra expenses;

b) $100,000 for "business income";

c) $50,000 for additional advertising expenses; and

d) $50,000 for inoculation expense.

4) We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery or suspicion of food contamination at the described premises.

r. Limited Business Income

1) We will pay up to $250,000 for the actual loss of "Business Income", including "rental value", you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises includes the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

a) The portion of the building which you rent, lease or occupy;

b) The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss or damage to personal property in the open or personal property in a vehicle); and

**Defendants' Notice of Removal - Exhibit A**

E-FILED 2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

    c) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

    2) We will only pay for loss of "Business Income" that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage.

    3) Additional Limitation - Interruption of Computer Operations. Coverage for "Business Income" does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

    Electronic data has the meaning set forth in paragraph A.2.n. of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM or paragraph A.2.h. of the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM.

u. Spoilage Of Perishable Goods

    1) We will pay for loss or damage to "perishable stock" owned by you which spoil as a direct result of the following causes of loss:

        a) an on-premises power failure, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, at the described premises, due to conditions beyond your control,

        b) mechanical breakdown, meaning a change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

        c) malfunction of coolers.

    2) Exclusions - Only the following Exclusions contained in Paragraph B.1. of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

        a) Earth Movement;

        b) Governmental Action;

        c) Nuclear Hazard;

        d) War And Military Action; and

        e) Water.

    3) The following Exclusions are added:

    We will not pay for loss or damage caused by or resulting from:

        a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

        b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

        c) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

            (1) Lack of fuel; or

            (2) Governmental order.

        d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

        e) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

    4) With reference to this coverage, the following additional conditions apply:

        a) This coverage does not apply to loss if, at the time of loss or damage, there is other valid

**Defendants' Notice of Removal - Exhibit A**

CORRAL ONE LLC DBA GOLDEN CORRAL
**Claim #** 394847-GK
Page **8** of 11

and collectible insurance except that this coverage shall, in such case, apply only as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

b) We shall not be liable under this coverage for more than the actual cash value of the property lost or damaged, nor in any event for more than the cost to replace the property insured with property of like kind and quality.

c) No one other than you, your "employees", or repairmen shall be permitted within the cooler during the time the refrigeration equipment or its motivating power is not in operation either because of breakdown or otherwise.

d) You shall maintain in good working condition such protective safeguards and equipment as were present in or on your premises at the inception of this policy, as well as those subsequently added and approved by us.

e) In the event of any loss which might result in a claim under this coverage, you will make every effort to save and preserve the property insured under this coverage, and any "extra expense" you incur in doing so shall represent a valid claim against us to the extent that the loss otherwise collectible was reduced by your efforts, but not exceeding the amount of insurance provided by this coverage.

5) The most we will pay for loss or damage under this Additional Coverage is $50,000 in any one policy period, regardless of the number of claims.

CALIFORNIA - CIVIL AUTHORITY CHANGE(S) CP1540 (06/07)

A. Amendment of Radius To Three Miles And Option For More Than Three Miles

The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in California, such one-mile radius is replaced by three miles or by the number of miles indicated in Part A of the Schedule, subject to all other provisions of that Additional Coverage. If there is no entry in Part A of the Schedule, the three-mile radius applies, subject to all other provisions of the Additional Coverage - Civil Authority.

D. Definitions

1. "Business Income" means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; but not including any Net Income that would likely have been earned as a result of an increase in the volume of business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

b. Continuing normal operating expenses incurred; including payroll. For manufacturing risks, Net Income includes the net sales value of production.

2. "Dependent Property" means property operated by others you depend on to:

a. Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services: Water Supply Services, Power Supply Services, or Communication Supply Services, including services relating to internet access or access to any electronic network.

b. Accept your products or services (Recipient Locations);

**Defendants' Notice of Removal - Exhibit A**

E-FILED 2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
Claim # 394847-GK
Page **9** of 11

c. Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

d. Attract customers to your business (Leader Locations)

12. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises.

13. "Period Of Restoration" means the period of time that:

a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

2) The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

a. Regulates the construction, use or repair, or requires the tearing down of any property; or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

19. "Suspension" means:

a. The slowdown or cessation of your business activities; or

b. That a part or all of the described premises is rendered untenantable.

The policy also includes the Exclusion of Loss Due to Virus or Bacteria Endorsement (CP0140 07/06) and the following applies:

A. The exclusion set forth in Paragraph B. applies to

all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

B. We will not pay for loss or damage caused by or

resulting from any virus, bacterium or other microorganism that induces or is capable of inducing

physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

C. With respect to any loss or damage subject to the

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL ONE LLC DBA GOLDEN CORRAL**
**Claim #** 394847-GK
Page **10** of 11

exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

D. The following provisions in this Coverage Part or
Policy are hereby amended to remove reference to bacteria:

    1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

    2. Additional Coverage – Limited Coverage for
"Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope
or amount of coverage.

E. The terms of the exclusion in Paragraph B., or the
inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that
would otherwise be excluded under this Coverage Part or Policy

We would also like to take this opportunity to advise you of the suit provision in your Commercial
Property Conditions, CP7067, edition (0194). This can be found on page 1 of 2 in your policy conditions
and reads as follows:

D. LEGAL ACTION AGAINST US

    No one may bring a legal action against us under
    this Coverage Part unless:

    1. There has been full compliance with all of the terms of this Coverage Part; and

    2. The action is brought within 1 year after the date on which the direct physical loss or damage
      occurred.

Based upon this Condition, and the time allowed to investigate your claim, you would have until
April 11th, 2021, to bring action. Any claims made after this date may be denied.

For your protection California Law requires the following to appear on this form: Any person who
knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be
subject to fines and confinement in state prison.

## Additional information

If you believe all or part of your claim has been wrongfully denied or rejected, you may contact the
claims manager, Eric Horstmann, at 515-508-5234, or you may have the matter reviewed by the
California Department of Insurance at California Department of Insurance, Claims Services Bureau, 300
South Spring Street, 11th Floor, Los Angeles, California 90013, 213-897-8921 or 800-927-4357. The
California Department of Insurance can also accept complaints over its website at:
www.insurance.ca.gov.

We expressly reserve all other rights, defenses, or contentions, which are available to us under the
policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now
have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as
soon as possible.

## Defendants' Notice of Removal - Exhibit A

**CORRAL ONE LLC DBA GOLDEN CORRAL**
**Claim #** 394847-GK
Page **11** of 11

## For more information

If you have any questions or concerns, please contact me at 515-508-2198 or
TABAKE1@nationwide.com.

Sincerely,

Ernada Tabakovic
Nationwide Mutual Insurance Company
PO Box 182068
Columbus, OH 43218-2068

cc
THE CLEMENTS AGENCY LLC

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

 **Nationwide®**

CORRAL THREE, LLC - DBA
Page 1 of 10

| | |
|---|---|
| Date prepared | April 15, 2020 |
| Claim number | 351952-GK |
| Policy number | ACP BPFL3028304861 |
| Questions? | Contact Claims Associate |
| | Alec Niemeyer |
| | NIEMEA1@nationwide.com |
| | Phone 515-508-4928 |
| | Fax 877-637-2811 |

CORRAL THREE, LLC - DBA
1591 S RANDALL RD
ALGONQUIN, IL 60102-5933



0032200018029

## Claim details

Insurer:                Allied Insurance Company of America
Policyholder:        CORRAL THREE, LLC - DBA
Claim number:      351952-GK
Loss date:            March 13, 2020

Dear Sean Kelly,

We completed our review of this business income and potential food spoilage loss reported to have occurred on March 13, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Allied Insurance Company of America's opinion is this loss was caused by a response to the coronavirus (COVID-19). We must respectfully advise you that your policy number ACP BPFL3028304861 does not provide coverage for this loss.

## About our decision

Our investigation indicates your business located at 1591 S RANDALL RD, ALGONQUIN, IL 60102 has experienced a loss of revenue due to coronavirus (COVID-19), and the governmental response to the recent outbreak of the coronavirus (COVID-19).

We have analyzed available coverages under your Premier Businessowners policy (PB0002 11/14) and offer the following:

Your Premier Businessowners policy provides coverage in the event of direct physical loss or damage to Covered Property at the described premises, caused by or resulting from a Covered Cause of Loss. However, there was no direct physical loss or damage to Covered Property at the described premises 1591 S RANDALL RD, ALGONQUIN, IL 60102, as a result business closure.

Coverage for Loss of Business Income is provided as an Additional Coverage under your policy. This additional coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. However, the suspension of your business operations was not a result of direct physical loss or damage to property at the

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL THREE, LLC - DBA**
Claim # 351952-GK
Page 2 of 10

described premises.

Civil Authority Additional Coverage provides Business Income loss when the action of civil authority prohibits access to the described premises.  The action of civil authority must be taken in response to damage to property within 1 mile of the described premises, from a Covered Cause of Loss.  The action of civil authority must also be taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. To date, there has been no action of civil authority prohibiting access to your premises. There has been no damage to property within 1 mile of your premises from a Covered Cause of Loss.

Coverage for Dependent Properties - Business Income is also provided as an Additional Coverage under the Premier Businessowners policy. This Additional Coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

The policy also provides the Food Service Plus Endorsement (PB2002 11/14) which states, we will pay for loss of or damage to "perishable stock" at a premise described in the Declarations, caused by "power outage". The food or perishable stock was not discarded because it spoiled from a power outage, the stock was discarded because it was not able to be used. There was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss.

In addition, the business closure did not occur as a result of physical loss or damage from a Covered Cause of Loss. Your policy contains an Exclusion for damage caused by Virus or Bacteria. This exclusion provides that we will not pay for any damage caused by virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. Because damage from Virus or Bacteria is excluded, the closing of the business was not the result of a Covered Cause of Loss.

In summary, based on the relevant policy provisions and the facts of your claim, the suspension of your operations did not occur as a result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss. Additionally, there was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss. Therefore, we are unable to extend coverage for your claim under any of the available coverages in your policy.

The following policy language is provided for your review:

## Policy details

Your PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB 0002 (ed. 11-14) policy states the following:

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

**Defendants' Notice of Removal - Exhibit A**

**CORRAL THREE, LLC - DBA**
**Claim # 351952-GK**
Page 3 of 10

## A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

### 3. COVERED CAUSES OF LOSS

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

### 5. ADDITIONAL COVERAGES

g. Business Income

(1) Business Income with Ordinary Payroll Limitation

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

j. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil

**Defendants' Notice of Removal - Exhibit A**

CORRAL THREE, LLC - DBA
Claim # 351952-GK
Page 4 of 10

authority as a result of the damage, and the described premises are within that area but
a re not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting
from the damage or continuation of the Covered Cause of Loss that caused the damage, or
the action is taken to enable a civil authority to have unimpeded access to the damaged
property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first
action of civil authority that prohibits access to the described premises and will apply for a
period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time
of the first action of civil authority that prohibits access to the described premises and will
end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and
Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage.
The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

s. Dependent Properties – Business Income

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and
unavoidable suspension of your "operations" during the "period of restoration". The
suspension must be caused by direct physical loss of or damage to "dependent property" or
"secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a
Dependent Property or Secondary Dependent Property is loss or damage to "electronic
data." If the Dependent Property or Secondary Dependent Property sustains loss or damage
to "electronic data" and other property, coverage under this Additional Coverage will not
continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months
after the date of direct physical loss or damage.

(3) This Dependent Properties - Business Income Additional Coverage is not subject to the
Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in
the coverage territory of this policy. the Declarations for that type of property.
Regardless of whether coverage is shown in the Declarations for Buildings, Business
Personal Property, or both, there is no coverage for property described under
paragraph 2, PROPERTY NOT COVERED

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss
or damage is excluded regardless of any other cause or event that contributes concurrently or in
any sequence to the loss. These exclusions apply whether or not the loss event results in
widespread damage or affects a substantial area.

i. Virus Or Bacteria

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical

CORRAL THREE, LLC - DBA
Claim # 351952-GK
Page 5 of 10

distress, illness or disease.

    (2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

    (3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

    b. Consequential Losses

        Delay, loss of use or loss of market.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    b. Acts Or Decisions

        Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

5. Business Income And Extra Expense Exclusions

    a. We will not pay for:

        (1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

            (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

            (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "Insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

3. "Business Income" means the:

    a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

    b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

16. "Operations" mean your business activities occurring at the described premises

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

CORRAL THREE, LLC - DBA
Claim # 351952-GK
Page 6 of 10

18. "Period of restoration" means:
  a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense - Increased Period of Restoration Due to Ordinance or Law Additional Coverage:
    (1) The period of time that:
      (a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and
      (b) Ends on the earlier of:
        (i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
        (ii) The date when business is resumed at a new permanent location.
    (2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:
      (a) Regulates the construction, use or repair, or requires the tearing down of any property; or
      (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".
    (3) The expiration date of this policy will not cut short the "period of restoration"

The policy also includes the Food Service Plus Endorsement (PB2002 11/14) and the following applies:

A. OPERATION OF THIS ENDORSEMENT
  This Food Service PLUS Endorsement provides the coverage described herein only at your covered restaurant premises. Restaurant includes, but is not limited to, the following styles of service under which you prepare and serve food to the public: fine dining, family, buffet, fast food, pizza parlor, bagel shop, deli, sandwich shop, micro brewery or ice cream shop.

B. The following is added to the PROPERTY COVERAGE FORM:
  1. Under Section A. COVERAGES, the following is added to 5. ADDITIONAL COVERAGES:

    d. Food Contamination
      (1) Loss of Income. If your covered restaurant premises are affected as a direct result of an "announcement" of "food contamination", we will pay the loss of "business income" you sustain due to the necessary suspension of your "operations". This coverage will begin 24 hours after the date of the "announcement" and ends on the date when "business income" is restored to 95% of the level of the corresponding period in the year prior to the "announcement", in any event not to exceed 12 months.
      The most we will pay for your loss of "business income" is the Per Described Premises Limit of Insurance shown in the Schedule of this endorsement, subject to the Annual Policy Aggregate shown in the Schedule of this endorsement.
      HOWEVER, if a limit of insurance is shown at a premises described in the Property

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

CORRAL THREE, LLC - DBA
Claim # 351952-GK
Page 7 of 10

Declarations for Food Contamination – Loss of Income, that limit replaces the Food Contamination – Loss of Income limit of insurance shown in the Schedule of this endorsement for that described premises.

(2) If one of your covered restaurant premises is closed by the Board of Health or any other governmental authority having jurisdiction as a result of the discovery or suspicion of "food contamination", for that described premises, we will:

(a) Restoration Expenses
   (i) Pay your expense to clean your equipment as required by the Board of Health or any other governmental authority;
   (ii) Pay your cost to replace the food which is, or is suspected to be, contaminated;
   (iii) Pay your expense to provide necessary medical tests for your exposed employees (including temporary or leased employees) and inoculations for your infected employees (also including temporary or leased employees) who are potentially infected by the "food contamination".

However, we will not pay for any expense that is otherwise covered under your Workers' Compensation Policy;

(b) Additional Advertising Expenses. Pay your additional advertising expenses you incur to restore your reputation.

(c) Inoculation Expense Reimbursement. Reimburse your reasonable expenses incurred for inoculation of your restaurant patrons by a licensed medical professional because of "food contamination" alleged by such patrons to have been transmitted or caused by ingestion of your food.

HOWEVER, this coverage does not apply to you, your employees (including temporary or leased employees) or, unless they are an affected patron, members of either's household.

(d) Limits and Deductibles.

Separately as regards to paragraphs (a), (b) and (c) and described premises, we will not pay for loss or damage until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement.

We will then pay the amount of loss or damage in excess of each Deductible up to the Limit of Insurance shown in the Schedule of this endorsement.

(3) We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority having jurisdiction as a result of the discovery or suspicion of "food contamination" at a described premises.

(4) Additional Definitions. As used in this endorsement:

(a) "Announcement" means a declaration by a Board of Health or any other governmental authority having jurisdiction, or a publication or broadcast by the media, of the discovery or suspicion of "food contamination" at a

**Defendants' Notice of Removal - Exhibit A**

described premises or at a location of the same type, trade name and operation. Any and all "announcements" concerning the same event or a series of related events, regardless of the number of locations or individuals affected, shall be considered one "announcement". Any such "announcement" must occur during the policy period.

(b) "Food contamination" means an outbreak of food poisoning or food related illness of one or more persons arising out of:

(i) Tainted food you distributed or purchased;

(ii) Food which has been improperly processed, stored, handled or prepared in the course of your business operations; or

(iii) Food which has been contaminated by virus or bacteria transmitted through one or more employees, including temporary or leased employees.

e. Spoilage from Power Outage

(1) We will pay for loss of or damage to "perishable stock" at a premises described in the Declarations, caused by "power outage" if the "perishable stock" is:

(a) Owned by you and used in your business; or

(b) Owned by others and in your care, custody or control, however, such property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on that property.

HOWEVER, "perishable stock" does not include property located:

(i) On buildings; or

(ii) In the open.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance shown in the Schedule of this endorsement.

HOWEVER, if a limit of insurance is shown at a premises described in the Property Declarations for Spoilage From Power Outage, that limit replaces the Spoilage From Power Outage limit of insurance shown in the Schedule of this endorsement.

(2) As used in this Spoilage from Power Outage Additional Coverage:

(a) "Perishable Stock" means property:

(i) Maintained under controlled temperature or humidity conditions for preservation; and

(ii) Susceptible to loss or damage if the controlled temperature or humidity conditions change.

(b) "Power Outage" means change in the temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the premises described, due to conditions beyond your control.

HOWEVER, "power outage" does not include interruption of electrical power caused by or resulting from an "accident" to "covered equipment" under the Equipment Breakdown Additional Coverage.

(3) The following additional exclusions apply to this Spoilage from Power Outage Additional Coverage:

**Defendants' Notice of Removal - Exhibit A**

CORRAL THREE, LLC - DBA
Claim # 351952-GK
Page 9 of 10

We will not pay for loss or damage caused by or resulting from:

(a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(c) The inability of an electrical utility company or other power source to provide sufficient power due to:

(i) Lack of fuel; or

(ii) Governmental order.

(d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(4) The coverage provided by this Spoilage from Power Outage Additional Coverage is excess over any other valid and collectible insurance

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 515-508-4928 or NIEMEA1@nationwide.com.

Sincerely,

Alec Niemeyer
Allied Insurance Company of America
Po Box 182068
Columbus, OH 43218-2068

cc
MCCASHLAND KIRBY INS AGNCY INC

0032200018067

**Defendants' Notice of Removal - Exhibit A**

**CORRAL THREE, LLC - DBA**
Claim # 351952-GK
Page 10 of 10

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767. You may also contact the Illinois Department of Insurance by telephone at 312-814-2420 or 217-782-4515 or through its website at: http://insurance.illinois.gov.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

Ex H



CORRAL FOUR, LLC - DBA
Page 1 of 9

| | |
|---|---|
| Date prepared | April 15, 2020 |
| Claim number | 351998-GK |
| Policy number | ACP BPFD3028582869 |
| Questions? | Contact Claims Associate<br>Alec Niemeyer<br>NIEMEA1@nationwide.com<br>Phone 515-508-4928<br>Fax 877-637-2811 |

CORRAL FOUR, LLC - DBA
13440 S BLACKBOB RD
OLATHE, KS  66062-1503



## Claim details

Insurer:           Depositors Insurance Company
Policyholder:    CORRAL FOUR, LLC - DBA
Claim number:   351998-GK
Loss date:        March 13, 2020

Dear Sean Kelly,

We completed our review of this business income and potential food spoilage loss reported to have occurred on March 13, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Depositors Insurance Company's opinion is this loss was caused by a response to the coronavirus (COVID-19). We must respectfully advise you that your policy number ACP BPFD3028582869 does not provide coverage for this loss.

## About our decision

About our decision

Our investigation indicates your business located at 13440 S BLACKBOB RD, OLATHE, KS 66062 has experienced a loss of revenue due to coronavirus (COVID-19), and the governmental response to the recent outbreak of the coronavirus (COVID-19).

We have analyzed available coverages under your Premier Businessowners policy (PBO002 11/14) and offer the following:

Your Premier Businessowners policy provides coverage in the event of direct physical loss or damage to Covered Property at the described premises, caused by or resulting from a Covered Cause of Loss. However, there was no direct physical loss or damage to Covered Property at the described premises 13440 S BLACKBOB RD, OLATHE, KS 66062, as a result business closure.

Coverage for Loss of Business Income is provided as an Additional Coverage under your policy. This additional coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss

**Defendants' Notice of Removal - Exhibit A**

00322000023023

CORRAL FOUR, LLC – DBA
Claim # 351998-GK
Page 2 of 9

or damage must be caused by or result from a Covered Cause of Loss. However, the suspension of your business operations was not a result of direct physical loss or damage to property at the described premises.

Civil Authority Additional Coverage provides Business Income loss when the action of civil authority prohibits access to the described premises.  The action of civil authority must be taken in response to damage to property within 1 mile of the described premises, from a Covered Cause of Loss.  The action of civil authority must also be taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. To date, there has been no action of civil authority prohibiting access to your premises. There has been no damage to property within 1 mile of your premises from a Covered Cause of Loss.

Coverage for Dependent Properties - Business Income is also provided as an Additional Coverage under the Premier Businessowners policy. This Additional Coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

The policy also provides the Food Service Plus Endorsement (PB2002 11/14) which states, we will pay for loss of or damage to "perishable stock" at a premise described in the Declarations, caused by "power outage". The food or perishable stock was not discarded because it spoiled from a power outage, the stock was discarded because it was not able to be used. There was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss.

In addition, the business closure did not occur as a result of physical loss or damage from a Covered Cause of Loss. Your policy contains an Exclusion for damage caused by Virus or Bacteria. This exclusion provides that we will not pay for any damage caused by virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. Because damage from Virus or Bacteria is excluded, the closing of the business was not the result of a Covered Cause of Loss.

In summary, based on the relevant policy provisions and the facts of your claim, the suspension of your operations did not occur as a result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss. Additionally, there was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss. Therefore, we are unable to extend coverage for your claim under any of the available coverages in your policy.

The following policy language is provided for your review:

## Policy details

Your PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB 0002 (ed. 11-14) policy states the following:
Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.
Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H.

**Defendants' Notice of Removal - Exhibit A**

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 3 of 9

PROPERTY DEFINITIONS.

A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

3. COVERED CAUSES OF LOSS

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

5. ADDITIONAL COVERAGES

g. Business Income

(1) Business Income with Ordinary Payroll Limitation

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

j. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the

**Defendants' Notice of Removal - Exhibit A**

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 4 of 9

described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but a re not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage.

The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

s. Dependent Properties – Business Income

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data." If the Dependent Property or Secondary Dependent Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy. the Declarations for that type of property.

Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**CORRAL FOUR, LLC - DBA**
Claim # 351998-GK
Page 5 of 9

i. Virus Or Bacteria

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

   b. Consequential Losses

      Delay, loss of use or loss of market.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c.results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   b. Acts Or Decisions

      Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

5. Business Income And Extra Expense Exclusions

   a. We will not pay for:

     (1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

       (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

       (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business income during the"period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

3. "Business Income" means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

   b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 6 of 9

16. "Operations" mean your business activities occurring at the described premises

18. "Period of restoration" means:
   a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:
      (1) The period of time that:
         (a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and
         (b) Ends on the earlier of:
            (i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
            (ii) The date when business is resumed at a new permanent location.
      (2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:
         (a) Regulates the construction, use or repair, or requires the tearing down of any property; or
         (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".
      (3) The expiration date of this policy will not cut short the "period of restoration"

The policy also includes the Food Service Plus Endorsement (PB2002 11/14) and the following applies:

A. OPERATION OF THIS ENDORSEMENT
   This Food Service PLUS Endorsement provides the coverage described herein only at your covered restaurant premises. Restaurant includes, but is not limited to, the following styles of service under which you prepare and serve food to the public: fine dining, family, buffet, fast food, pizza parlor, bagel shop, deli, sandwich shop, micro brewery or ice cream shop.

B. The following is added to the PROPERTY COVERAGE FORM:
   1. Under Section A. COVERAGES, the following is added to 5. ADDITIONAL COVERAGES:

      d. Food Contamination
         (1) Loss of Income. If your covered restaurant premises are affected as a direct result of an "announcement" of "food contamination", we will pay the loss of "business income" you sustain due to the necessary suspension of your "operations". This coverage will begin 24 hours after the date of the "announcement" and ends on the date when "business income" is restored to 95% of the level of the corresponding period in the year prior to the "announcement", in any event not to exceed 12 months.
            The most we will pay for your loss of "business income" is the Per Described Premises Limit of Insurance shown in the Schedule of this endorsement, subject to the Annual Policy Aggregate shown in the Schedule of this endorsement.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 7 of 9

HOWEVER, if a limit of insurance is shown at a premises described in the Property Declarations for Food Contamination – Loss of Income, that limit replaces the Food Contamination – Loss of Income limit of insurance shown in the Schedule of this endorsement for that described premises.

(2) If one of your covered restaurant premises is closed by the Board of Health or any other governmental authority having jurisdiction as a result of the discovery or suspicion of "food contamination", for that described premises, we will:

    (a) Restoration Expenses

        (i) Pay your expense to clean your equipment as required by the Board of Health or any other governmental authority;

        (ii) Pay your cost to replace the food which is, or is suspected to be, contaminated;

        (iii) Pay your expense to provide necessary medical tests for your exposed employees (including temporary or leased employees) and inoculations for your infected employees (also including temporary or leased employees) who are potentially infected by the "food contamination".

        However, we will not pay for any expense that is otherwise covered under your Workers' Compensation Policy;

    (b) Additional Advertising Expenses. Pay your additional advertising expenses you incur to restore your reputation.

    (c) Inoculation Expense Reimbursement. Reimburse your reasonable expenses incurred for inoculation of your restaurant patrons by a licensed medical professional because of "food contamination" alleged by such patrons to have been transmitted or caused by ingestion of your food.

    HOWEVER, this coverage does not apply to you, your employees (including temporary or leased employees) or, unless they are an affected patron, members of either's household.

    (d) Limits and Deductibles.

    Separately as regards to paragraphs (a), (b) and (c) and described premises, we will not pay for loss or damage until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement.

    We will then pay the amount of loss or damage in excess of each Deductible up to the Limit of Insurance shown in the Schedule of this endorsement.

(3) We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority having jurisdiction as a result of the discovery or suspicion of "food contamination" at a described premises.

(4) Additional Definitions. As used in this endorsement:

    (a) "Announcement" means a declaration by a Board of Health or any other governmental authority having jurisdiction, or a publication or broadcast

**Defendants' Notice of Removal - Exhibit A**

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 8 of 9

by the media, of the discovery or suspicion of "food contamination" at a described premises or at a location of the same type, trade name and operation. Any and all "announcements" concerning the same event or a series of related events, regardless of the number of locations or individuals affected, shall be considered one "announcement". Any such "announcement" must occur during the policy period.

(b) "Food contamination" means an outbreak of food poisoning or food related illness of one or more persons arising out of:

(i) Tainted food you distributed or purchased;

(ii) Food which has been improperly processed, stored, handled or prepared in the course of your business operations; or

(iii) Food which has been contaminated by virus or bacteria transmitted through one or more employees, including temporary or leased employees.

e. Spoilage from Power Outage

(1) We will pay for loss of or damage to "perishable stock" at a premises described in the Declarations, caused by "power outage" if the "perishable stock" is:

(a) Owned by you and used in your business; or

(b) Owned by others and in your care, custody or control, however, such property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on that property.

HOWEVER, "perishable stock" does not include property located:

(i) On buildings; or

(ii) In the open.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance shown in the Schedule of this endorsement.

HOWEVER, if a limit of insurance is shown at a premises described in the Property Declarations for Spoilage From Power Outage, that limit replaces the Spoilage From Power Outage limit of insurance shown in the Schedule of this endorsement.

(2) As used in this Spoilage from Power Outage Additional Coverage:

(a) "Perishable Stock" means property:

(i) Maintained under controlled temperature or humidity conditions for preservation; and

(ii) Susceptible to loss or damage if the controlled temperature or humidity conditions change.

(b) "Power Outage" means change in the temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the premises described, due to conditions beyond your control.

HOWEVER, "power outage" does not include interruption of electrical power caused by or resulting from an "accident" to "covered equipment" under the Equipment Breakdown Additional Coverage.

(3) The following additional exclusions apply to this Spoilage from Power Outage Additional

**Defendants' Notice of Removal - Exhibit A**

CORRAL FOUR, LLC - DBA
Claim # 351998-GK
Page 9 of 9

Coverage:

We will not pay for loss or damage caused by or resulting from:

(a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(c) The inability of an electrical utility company or other power source to provide sufficient power due to:

(i) Lack of fuel; or

(ii) Governmental order.

(d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(4) The coverage provided by this Spoilage from Power Outage Additional Coverage is excess over any other valid and collectible insurance

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information



If you have any questions or concerns, please contact me at 515-508-4928 or NIEMEA1@nationwide.com.

Sincerely,

Alec Niemeyer
Depositors Insurance Company
Po Box 182068
Columbus, OH 43218-2068

cc
MCCASHLAND KIRBY INS AGNCY INC

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

 **Nationwide®**

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Page 1 of 9

Date prepared    April 7, 2020
Claim number    352054-GK
Policy number    ACP BPFL3028582916
Questions?    Contact Claims Associate
    Ernada Tabakovic
    TABAKE1@nationwide.com
    Phone 515-508-2198
    Fax 855-210-6111

CORRAL FIVE, LLC DBA GOLDEN CORRAL
590 E 16TH ST
YUMA, AZ 85365-2028



## Claim details

Insurer:    Allied Insurance Company of America
Policyholder:    CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim number:    352054-GK
Loss date:    March 13, 2020

Dear SEAN KELLEY,

We completed our review of this business income and food spoilage loss reported to have occurred on March 13, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Allied Insurance Company of America's opinion is this loss was caused by the mandatory closing of your business as directed by the government in response to the Coronavirus (Covid-19) outbreak. We must respectfully advise you that your policy number ACP BPFL3028582916 does not provide coverage for this loss.

## About our decision

Our investigation indicates your business located at 590 E 16th ST in Yuma, AZ, was forced to close by governmental action, due to the recent outbreak of the coronavirus (COVID-19). Because of the business closure you filled a claim for loss resulting in business income and food spoilage.

We have analyzed available coverages under your Premier Businessowners policy (PB0002 11/14) and offer the following:

Your Premier Businessowners policy provides coverage in the event of direct physical loss or damage to Covered Property at the described premises, caused by or resulting from a Covered Cause of Loss. However, there was no direct physical loss or damage to Covered Property at the described premises 590 E 16th St Yuma, AZ 85365 as a result business closure.

Coverage for Loss of Business Income is provided as an Additional Coverage under your policy. This additional coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, The loss or damage must be caused by or result from a Covered Cause of Loss. However, the suspension of your business operations was not a result of direct physical loss or damage to property at the described premises.

**Defendants' Notice of Removal - Exhibit A**

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 2 of 9

Civil Authority Additional Coverage provides Business Income loss when the action of civil authority prohibits access to the described premises.  The action of civil authority must be taken in response to damage to property within 1 mile of the described premises, from a Covered Cause of Loss.  The action of civil authority must also be taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. To date, there has been no action of civil authority prohibiting access to your premises. There has been no damage to property within 1 mile of your premises from a Covered Cause of Loss.

Coverage for Dependent Properties - Business Income is also provided as an Additional Coverage under the Premier Businessowners policy. This Additional Coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

The policy also provides the Food Service Plus Endorsement (PB2002 11/14) which states, we will pay for loss of or damage to "perishable stock" at a premise described in the Declarations, caused by "power outage". The food or perishable stock was not discarded because it spoiled from a power outage, the stock was discarded because it was not able to be used. There was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss.

In addition, the business closure did not occur as a result of physical loss or damage from a Covered Cause of Loss. Your policy contains an Exclusion for damage caused by Virus or Bacteria. This exclusion provides that we will not pay for any damage caused by virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. Because damage from Virus or Bacteria is excluded, the closing of the business was not the result of a Covered Cause of Loss.

In summary, based on the relevant policy provisions and the facts of your claim, the suspension of your operations did not occur as a result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss. Additionally, there was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss. Therefore, we are unable to extend coverage for your claim under any of the available coverages in your policy.

## Policy details

Your Businessowners policy states the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB 0002 (ed. 11-14)
Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.
Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

A. COVERAGES
   We will pay for direct physical loss of or damage to Covered Property at the described premises in

**Defendants' Notice of Removal - Exhibit A**

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 3 of 9

the Declarations caused by or resulting from any Covered Cause of Loss.

1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

3. COVERED CAUSES OF LOSS

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F.PROPERTY GENERAL CONDITIONS.

5. ADDITIONAL COVERAGES

g. Business Income

(1) Business Income with Ordinary Payroll Limitation

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

j. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**Defendants' Notice of Removal - Exhibit A**

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 4 of 9

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or

the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

s. Dependent Properties – Business Income

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data." If the Dependent Property or Secondary Dependent Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy. the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

i. Virus Or Bacteria

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**Defendants' Notice of Removal - Exhibit A**

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

b. Consequential Losses

Delay, loss of use or loss of market.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c.results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

b. Acts Or Decisions

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

5. Business Income And Extra Expense Exclusions

a. We will not pay for:

(1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

(2) Any other consequential loss.

b. With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

3. "Business Income" means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 6 of 9

other businesses; plus

b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

16. "Operations" mean your business activities occurring at the described premises

18. "Period of restoration" means:

a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

(1) The period of time that:

(a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property;

or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration"

c. For Dependent Properties Additional Coverage:

(1) The period of time that:

(a) Begins:

24 hours after the time of direct physical loss or damage for Business Income Additional Coverage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the earlier of:

(i) The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality;

or

(ii) The date when your business is resumed at a permanent new location

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property;

or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

## Defendants' Notice of Removal - Exhibit A

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 7 of 9

21. "Secondary dependent property" means

an entity which is not owned or operated by a Dependent property and which;

(a) Delivers materials or services to a dependent property, which in turn are used by the Dependent property in providing materials or services to you; or(b) Accepts materials or services from a Dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a Secondary dependent property.

Any property which delivers any of the following services is not a Secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The Secondary dependent property must be located in the coverage territory of this policy:

However, "Secondary Dependent Property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services

The policy also includes the Food Service Plus Endorsement (PB2002 11/14) and the following applies:

A. OPERATION OF THIS ENDORSEMENT

This Food Service PLUS Endorsement provides the coverage described herein only at your covered restaurant premises. Restaurant includes, but is not limited to, the following styles of service under which you prepare and serve food to the public: fine dining, family, buffet, fast food, pizza parlor, bagel shop, deli, sandwich shop, micro brewery or ice cream shop.

B. The following is added to the PROPERTY COVERAGE FORM:

1. Under Section A. COVERAGES, the following is added to 5. ADDITIONAL COVERAGES:

e. Spoilage from Power Outage

(1) We will pay for loss of or damage to "perishable stock" at a premises described in the Declarations, caused by "power outage" if the "perishable stock" is:

(a) Owned by you and used in your business; or

(b) Owned by others and in your care, custody or control, however, such property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on that property.

HOWEVER, "perishable stock" does not include property located:

(i) On buildings; or

(ii) In the open.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance shown in the Schedule of this endorsement.

**Defendants' Notice of Removal - Exhibit A**

**CORRAL FIVE, LLC DBA GOLDEN CORRAL**
Claim # 352054-GK
Page 8 of 9

HOWEVER, if a limit of insurance is shown at a premises described in the Property Declarations for Spoilage From Power Outage, that limit replaces the Spoilage From Power Outage limit of insurance shown in the Schedule of this endorsement.

(2) As used in this Spoilage from Power Outage Additional Coverage:

(a) "Perishable Stock" means property:

(i) Maintained under controlled temperature or humidity conditions for preservation; and

(ii) Susceptible to loss or damage if the controlled temperature or humidity conditions change.

(b) "Power Outage" means change in the temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the premises described, due to conditions beyond your control.

HOWEVER, "power outage" does not include interruption of electrical power caused by or resulting from an "accident" to "covered equipment" under the Equipment Breakdown Additional Coverage.

(3) The following additional exclusions apply to this Spoilage from Power Outage Additional Coverage:

We will not pay for loss or damage caused by or resulting from:

(a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(c) The inability of an electrical utility company or other power source to provide sufficient power due to:

(i) Lack of fuel; or

(ii) Governmental order.

(d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(4) The coverage provided by this Spoilage from Power Outage Additional Coverage is excess over any other valid and collectible insurance.

## Additional Information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 515-508-2198 or TABAKE1@nationwide.com.

**Defendants' Notice of Removal - Exhibit A**

CORRAL FIVE, LLC DBA GOLDEN CORRAL
Claim # 352054-GK
Page 9 of 9

Sincerely,

Ernada Tabakovic
Allied Insurance Company of America
PO Box 182068
Columbus, OH 43218-2068

cc
MCCASHLAND KIRBY INS AGNCY INC



For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT


**Nationwide®**

MOHAVE G C LLC DBA GOLDEN CORRAL
Page 1 of 9

| | |
|---|---|
| Date prepared | April 7, 2020 |
| Claim number | 352071-GK |
| Policy number | ACP BPFL3038007165 |
| Questions? | Contact Claims Associate |
| | Ernada Tabakovic |
| | TABAKE1@nationwide.com |
| | Phone 515-508-2198 |
| | Fax 855-210-6111 |

MOHAVE G C LLC DBA GOLDEN CORRAL
590 E 16TH ST
YUMA, AZ  85365-2028

0031600081023



## Claim details

Insurer:            Allied Insurance Company of America
Policyholder:       MOHAVE G C LLC DBA GOLDEN CORRAL
Claim number:       352071-GK
Loss date:          March 13, 2020

Dear Sean Kelley,

We completed our review of this business income and food spoilage loss reported to have occurred on March 13, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Allied Insurance Company of America's opinion is this loss was caused by the mandatory closing of your business as directed by the government in response to the Coronavirus (Covid-19) outbreak. We must respectfully advise you that your policy number ACP BPFL3038007165 does not provide coverage for this loss.

## About our decision

Our investigation indicates your business located at 3580 N Stockton Hill Rd in Kingman, AZ, was forced to close by governmental action, due to the recent outbreak of the coronavirus (COVID-19). Because of the business closure you filed a claim for loss resulting in business income and food spoilage.

We have analyzed available coverages under your Premier Businessowners policy (PB0002 11/14) and offer the following:

Your Premier Businessowners policy provides coverage in the event of direct physical loss or damage to Covered Property at the described premises, caused by or resulting from a Covered Cause of Loss. However, there was no direct physical loss or damage to Covered Property at the described premises 3580 N Stockton Hill Rd Kingman, AZ 86409, as a result business closure.

Coverage for Loss of Business Income is provided as an Additional Coverage under your policy. This additional coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. However, the suspension of your business operations was not a result of direct physical loss or damage to property at the

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 2 of 9

described premises.

Civil Authority Additional Coverage provides Business Income loss when the action of civil authority prohibits access to the described premises. The action of civil authority must be taken in response to damage to property within 1 mile of the described premises, from a Covered Cause of Loss. The action of civil authority must also be taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property. To date, there has been no action of civil authority prohibiting access to your premises. There has been no damage to property within 1 mile of your premises from a Covered Cause of Loss.

Coverage for Dependent Properties - Business Income is also provided as an Additional Coverage under the Premier Businessowners policy. This Additional Coverage provides that we will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

The policy also provides the Food Service Plus Endorsement (PB2002 11/14) which states, we will pay for loss of or damage to "perishable stock" at a premise described in the Declarations, caused by "power outage". The food or perishable stock was not discarded because it spoiled from a power outage, the stock was discarded because it was not able to be used. There was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss.

In addition, the business closure did not occur as a result of physical loss or damage from a Covered Cause of Loss. Your policy contains an Exclusion for damage caused by Virus or Bacteria. This exclusion provides that we will not pay for any damage caused by virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. Because damage from Virus or Bacteria is excluded, the closing of the business was not the result of a Covered Cause of Loss.

In summary, based on the relevant policy provisions and the facts of your claim, the suspension of your operations did not occur as a result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss. Additionally, there was no direct physical loss or damage to the perishable stock caused by or resulting from a covered cause of loss. Therefore, we are unable to extend coverage for your claim under any of the available coverages in your policy.

## Policy details

Your Businessowners policy states the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB 0002 (ed. 11-14)
Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.
Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

A. COVERAGES

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 3 of 9

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

3. COVERED CAUSES OF LOSS

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

5. ADDITIONAL COVERAGES

g. Business Income

(1) Business Income with Ordinary Payroll Limitation

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

j. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but



**Defendants' Notice of Removal - Exhibit A**

are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or

the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage.

The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

s. Dependent Properties – Business Income

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data." If the Dependent Property or Secondary Dependent Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy. the Declarations for that type of property.

Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

i. Virus Or Bacteria

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 5 of 9

distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

   b. Consequential Losses

   Delay, loss of use or loss of market.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   b. Acts Or Decisions

   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

5. Business Income And Extra Expense Exclusions

   a. We will not pay for:

   (1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

   (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

   (2) Any other consequential loss.

   b. With respect to this exclusion, suspension means:

   (1) The partial slowdown or complete cessation of your business activities; and

   (2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

H. PROPERTY DEFINITIONS

   The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

3. "Business Income" means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 6 of 9

business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

   b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

16. "Operations" mean your business activities occurring at the described premises

18. "Period of restoration" means:

   a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

     (1) The period of time that:

      (a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

      (b) Ends on the earlier of:

        (i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        (ii) The date when business is resumed at a new permanent location.

     (2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

      (a) Regulates the construction, use or repair, or requires the tearing down of any property;

      or

      (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

     (3) The expiration date of this policy will not cut short the "period of restoration"

   c. For Dependent Properties Additional Coverage:

     (1) The period of time that:

      (a) Begins:

      24 hours after the time of direct physical loss or damage for Business Income Additional Coverage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

      (b) Ends on the earlier of:

        (i) The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality;

        or

        (ii) The date when your business is resumed at a permanent new location

     (2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

      (a) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

**Defendants' Notice of Removal - Exhibit A**

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 7 of 9

(3) The expiration date of this policy will not cut short the "period of restoration".

21. "Secondary dependent property" means

an entity which is not owned or operated by a Dependent property and which;

(a) Delivers materials or services to a dependent property, which in turn are used by the Dependent property in providing materials or services to you; or(b) Accepts materials or services from a Dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a Secondary dependent property.

Any property which delivers any of the following services is not a Secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The Secondary dependent property must be located in the coverage territory of this policy:

However, "Secondary Dependent Property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services

The policy also includes the Food Service Plus Endorsement (PB2002 11/14) and the following applies:



A. OPERATION OF THIS ENDORSEMENT

This Food Service PLUS Endorsement provides the coverage described herein only at your covered restaurant premises. Restaurant includes, but is not limited to, the following styles of service under which you prepare and serve food to the public: fine dining, family, buffet, fast food, pizza parlor, bagel shop, deli, sandwich shop, micro brewery or ice cream shop.

B. The following is added to the PROPERTY COVERAGE FORM:

1. Under Section A. COVERAGES, the following is added to 5. ADDITIONAL COVERAGES:

e. Spoilage from Power Outage

(1) We will pay for loss of or damage to "perishable stock" at a premises described in the Declarations, caused by "power outage" if the "perishable stock" is:

(a) Owned by you and used in your business; or

(b) Owned by others and in your care, custody or control, however, such property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on that property.

HOWEVER, "perishable stock" does not include property located:

(i) On buildings; or

(ii) In the open.

. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will

**Defendants' Notice of Removal - Exhibit A**

then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance shown in the Schedule of this endorsement.

HOWEVER, if a limit of insurance is shown at a premises described in the Property Declarations for Spoilage From Power Outage, that limit replaces the Spoilage From Power Outage limit of insurance shown in the Schedule of this endorsement.

(2) As used in this Spoilage from Power Outage Additional Coverage:

(a) "Perishable Stock" means property:

(i) Maintained under controlled temperature or humidity conditions for preservation; and

(ii) Susceptible to loss or damage if the controlled temperature or humidity conditions change.

(b) "Power Outage" means change in the temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the premises described, due to conditions beyond your control.

HOWEVER, "power outage" does not include interruption of electrical power caused by or resulting from an "accident" to "covered equipment" under the Equipment Breakdown Additional Coverage.

(3) The following additional exclusions apply to this Spoilage from Power Outage Additional Coverage:

We will not pay for loss or damage caused by or resulting from:

(a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(c) The inability of an electrical utility company or other power source to provide sufficient power due to:

(i) Lack of fuel; or

(ii) Governmental order.

(d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(4) The coverage provided by this Spoilage from Power Outage Additional Coverage is excess over any other valid and collectible insurance.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 515-508-2198 or TABAKE1@nationwide.com.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

MOHAVE G C LLC DBA GOLDEN CORRAL
Claim # 352071-GK
Page 9 of 9

Sincerely,

Ernada Tabakovic
Allied Insurance Company of America
PO Box 182068
Columbus, OH 43218-2068

cc
MCCASHLAND KIRBY INS AGNCY INC



For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MOHAVE GC, LLC; CORRAL FIVE, LLC, d/b/a GOLDEN CORRAL; CORRAL FOUR, LLC, d/b/a GOLDEN CORRAL; CORRAL THREE, LLC, d/b/a GOLDEN CORRAL; CORRAL ONE, LLC, d/b/a GOLDEN CORRAL,<br><br>   Plaintiffs<br>v.<br><br>DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>   Defendants. | Case No. _____<br><br><br><br><br><br><br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:  Depositors Insurance Company
                  1100 Locust Street, Dept. 1100
                  Des Moines, IA  50391-2000

                  Allied Insurance Company of America
                  1100 Locust Street, Dept. 1100
                  Des Moines, IA  50391-2000

                  Nationwide Mutual Insurance Company
                  1100 Locust Street, Dept. 1100
                  Des Moines, IA  50391-2000

YOU ARE HEREBY NOTIFIED that a Petition has been filed in the office of the Clerk of this Court, naming you as a Defendant in this action.  A copy of this Petition (and any documents filed with it) is attached to this notice.  The attorneys for the Plaintiffs are James W. Carney and Nicholas J. Mauro, 400 Homestead Building, 303 Locust Street, Des Moines, Iowa 50309.  Those attorneys' phone number is 515/282-6803; facsimile number 515/282-4700.

You must serve a motion or answer within 60 days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County at the County Courthouse in Des Moines, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 12 3:49 PM POLK - CLERK OF DISTRICT COURT

This case has been filed in a county that utilizes electronic filing. General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

**IMPORTANT:**          <u>**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO**</u>
<u>**PROTECT YOUR INTERESTS**</u>

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 15 9:51 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.* LACL150183

*County* Polk

*Case Title* MOHAVE GC LLC ET AL V DEPOSITORS INS CO ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/15/2021 09:51:27 AM



*District Clerk of* Polk            *County*

/s/ Jennifer Ewers

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 18 12:24 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

Case Number: LACL150183

| | |
|---|---|
| MOHAVE GC, LLC; CORRAL FIVE, LLC, d/b/a GOLDEN CORRAL; CORRAL FOUR, LLC, d/b/a GOLDEN CORRAL; CORRAL THREE, LLC, d/b/a GOLDEN CORRAL; CORRAL ONE, LLC, d/b/a GOLDEN CORRAL,<br>Plaintiff(s),<br><br>v.<br><br>DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY,<br>Defendant(s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for DEPOSITORS INSURANCE COMPANY, defendant named herein, the 18th of March, 2021.

Commissioner of Insurance

Doug Ommen

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 18 12:25 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

Case Number: LACL150183

| | |
|---|---|
| MOHAVE GC, LLC; CORRAL FIVE, LLC, d/b/a GOLDEN CORRAL; CORRAL FOUR, LLC, d/b/a GOLDEN CORRAL; CORRAL THREE, LLC, d/b/a GOLDEN CORRAL; CORRAL ONE, LLC, d/b/a GOLDEN CORRAL, <br> Plaintiff(s), <br><br> v. <br><br> DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY, <br> Defendant(s), | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for ALLIED INSURANCE CO. OF AMERICA, defendant named herein, the 18th of March, 2021.

Commissioner of Insurance

Doug Ommen

**Defendants' Notice of Removal - Exhibit A**

E-FILED  2021 MAR 18 12:26 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

Case Number: LACL150183

| | | |
|---|---|---|
| MOHAVE GC, LLC; CORRAL FIVE, LLC, d/b/a GOLDEN CORRAL; CORRAL FOUR, LLC, d/b/a GOLDEN CORRAL; CORRAL THREE, LLC, d/b/a GOLDEN CORRAL; CORRAL ONE, LLC, d/b/a GOLDEN CORRAL, <br> Plaintiff(s), <br><br> v. <br><br> DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE CO. OF AMERICA and NATIONWIDE MUTUAL INSURANCE COMPANY, <br> Defendant(s), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for NATIONWIDE MUTUAL INSURANCE COMPANY, defendant named herein, the 18th of March, 2021.

Commissioner of Insurance

Doug Ommen

**Defendants' Notice of Removal - Exhibit A**